```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

**ANTONIO BOYD, #K8347**                                              **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 4:06cv34TSL-JCS**

**CHRISTOPHER B. EPPS, et al.**                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed for failure to state a claim, pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii), with prejudice.

SO ORDERED AND ADJUDGED, this the  5th   day of June, 2006.


                              /s/Tom S. Lee
                         UNITED STATES DISTRICT JUDGE